IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
          Plaintiff,          :
                              :   Case No. 1:07cv00307-RWR
v.                            :   Judge Richard W. Roberts
                              :
911 BOOKER DRIVE              :
                              :
          Defendant.          :

## CLAIM OF OWNERSHIP

Claimant: Reginald Jerome Rogers

Claimant's Address: 11907 Frost Drive
                    Bowie. MD  20720

Telephone: (301) 464-9347

Property Claimed: House, Lot & Fixtures
                  911 Booker Drive
                  Capital Heights, Maryland

     Reginald J. Rogers, having been served with Notice of Complaint for Forfeiture against the above-described real property, hereby states his Claim to said property pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. In support of his Claim, undersigned claimant states that he purchased the property for value and that he holds title to said property as recorded on the land records of Prince George's County, Maryland.

Attestation and Oath

I attest and declare under penalty of perjury that the foregoing claim to my property is not frivolous and that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____                    _March 19, 2007_
Reginald Jerome Rogers                                                    Date

CERTIFICATE OF SERVICE

I certify that the foregoing claim was served on the following persons by electronic delivery this __19TH__ day of March 2007.

Diane Lucas
Assistant United States Attorney
555 4th St., N.W.
Washington, DC 20530

William Cowden
Assistant United States Attorney
555 4th St., N.W.
Washington, DC 20530

_____
Charles I. Cate
Bar #969360
HANNON LAW GROUP, LLP
1901 18th St, N.W.
Washington, DC 20009
(202) 745-6881
chascate@hannonlawgroup.com

_____
J. Michael Hannon
Bar #352526
HANNON LAW GROUP, LLP
1901 18th St., N.W.
Washington, DC 20009
(202) 745-6880
jhannon@hannonlawgroup.com