## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

           Plaintiff,      :

     :      Case No. 1:07cv00307-RWR

v.      :      Judge Richard W. Roberts

     :

911 BOOKER DRIVE      :

           Defendant.      :

### CLAIM OF OWNERSHIP

Claimant: Francesse Rogers

Claimant's Address: 11907 Frost Drive
                        Bowie. MD 20720

Telephone: (301) 464-9347

Property Claimed: House, Lot & Fixtures
                          911 Booker Drive
                          Capital Heights, Maryland

Francesse Rogers, having been served with Notice of Complaint for Forfeiture against the above-described real property, hereby states her Claim to said property pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. In support of her Claim, undersigned claimant states that she holds title to the property as tenants by the entirety with her husband, Reginald Jerome Rogers, who purchased the property for value and that they hold title to said property as recorded on the land records of Prince George's County, Maryland.

**Attestation and Oath**

I attest and declare under penalty of perjury that the foregoing claim to my

property is not frivolous and that the information provided in support of my claim is true

and correct to the best of my knowledge and belief.

_Francesse Rog_
Reginald Jerome Rogers
FRANCESSE ROGERS _fr._

_3/19/2007_
Date

## CERTIFICATE OF SERVICE

I certify that the foregoing claim was served on the following persons by
electronic delivery this __19TH__ day of March 2007.

Diane Lucas
Assistant United States Attorney
555 4th St., N.W.
Washington, DC  20530

William Cowden
Assistant United States Attorney
555 4th St., N.W.
Washington, DC  20530

Charles I. Cate
Bar #969360
HANNON LAW GROUP, LLP
1901 18th St, N.W.
Washington, DC  20009
(202) 745-6881
chascate@hannonlawgroup.com

J. Michael Hannon
Bar #352526
HANNON LAW GROUP, LLP
1901 18th St., N.W.
Washington, DC  20009
(202) 745-6880
jhannon@hannonlawgroup.com