# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | |
| : | Case No. 1:07cv00307-RWR |
| v. : | Judge Richard W. Roberts |
| : | |
| 911 BOOKER DRIVE : | |
| Defendant. : | |

## ANSWER

Claimant Reginald J. Rogers, by and through his attorneys, HANNON LAW GROUP, LLP, for his Answer to the government's Complaint for Forfeiture states as follows:

### FIRST DEFENSE

The government's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Claimant asserts that the property is subject to another claimant by reason of the defense of Innocent Owner as provided in 18 U.S. C. § 983(d).

### THIRD DEFENSE

The government is estopped from bringing this action by reason of the fact that it relies upon the conviction of Reginald J. Rogers for mail fraud, which conviction is subject to his pending Motion for Judgment of Acquittal and New Trial.

### FOURTH DEFENSE

The defendant property is not subject to forfeiture because it is not traceable to gross receipts obtained, directly or indirectly, from mail fraud or money laundering as claimed by the government.

## ANSWERS

Claimant responds to the paragraphs in the Complaint numbered 1 through 34 as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Denied.
7. Admitted.
8. Denied.
9. Mr. Rogers' clients gave him control over their financial affairs so that he could render the services they expected of him.
10. Denied.
11. Denied. Mr. Rogers was expected by his clients to handle their financial affairs and his purpose in having their bank statements and other documents sent to him was merely for the purpose of facilitating that.
12. Claimant admits the averments contained in the first and last sentences of paragraph 12. With respect to the second sentence, however, claimant states that it was

Pauline Harvey who persuaded Mr. Rogers to purchase the property because she could not keep up the payments on the mortgage.

13. Denied. All funds used to purchase the property were paid from Mr. Rogers' own accounts with money earned by him for services rendered to his clients.

14. Admitted except for the assertion that Danzel Lewis was a "victim" of Mr. Rogers.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted except for the characterization of the Estate of John Henderson as a "victim" of Mr. Rogers.

20. Admitted.

21. Admitted except for the characterization of Minnie Bean as a "victim" of Mr. Rogers.

22. Admitted.

23. Denied.

24. Admitted.

25. Claimant admits that Mr. Rogers was indicted as claimed. Claimant admits the convictions but asserts that those convictions are subject to a decision on Mr. Rogers' pending Motion for Judgment of Acquittal and New Trial. Claimant denies that the jury determined that any part of the $385,000 or this property was obtained by Mr. Rogers as a result of any of the activities alleged in the Complaint for Forfeiture.

26. Paragraph 26 is covered by the Admissions and Denials made in paragraphs 1 through 25, which are incorporated herein.

27. Denied.

28. Denied.

29. Paragraph 29 is covered by the Admissions and Denials made in paragraphs 1 through 28, which are incorporated herein.

30. Denied.

31. Denied.

32. Paragraph 30 is covered by the Admissions and Denials made in paragraphs 1 through 31, which are incorporated herein.

33. Denied.

34. Denied.

**WHEREFORE**, Claimant Reginald J. Rogers respectfully asks that no warrant issue for the arrest of the defendant property; that judgment be entered declaring that the defendant property shall not be forfeited to the United States of America; and that Claimant be granted such other relief as this court may deem just and proper, together with costs and attorneys fees.

### JURY DEMAND

Claimant demands trial by jury on all counts and issues.

        Respectfully submitted,

        HANNON LAW GROUP, LLP


        _____//s// J. Michael Hannon_____
        J. Michael Hannon, #352526
        Charles I. Cate, #969360
        1901 18th St, N.W.
        Washington, DC  20009
        (202) 232-1907
        (202) 232-3704 Facsimile
        jhannon@hannonlawgroup.com
        chascate@hannonlawgroup.com
        *Attorneys for Claimant Reginald J. Rogers*


## CERTIFICATE OF SERVICE

      I certify that the foregoing Answer was served on the following persons by electronic delivery this 9th day of April 2007.

Diane Lucas
Assistant United States Attorney
555 4th St., N.W.
Washington, DC  20530

William Cowden
Assistant United States Attorney
555 4th St., N.W.
Washington, DC  20530


        _____//s// J. Michael Hannon_____
        J. Michael Hannon