IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | Case No. 1:07 cv 00307 (RWR) |
| ) | |
| v. ) | |
| ) | |
| **911 Booker Drive** ) | |
| **Capitol Heights, Maryland 20743,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure 41(a)(1), the parties, Plaintiff United States of America, and Reginald Rogers and Francesse Rogers, claimants to the Defendant property, 911 Booker Drive, Capitol Heights, Maryland through their respective counsel, hereby voluntarily dismiss the above captioned case with prejudice, each side to bear its own costs and fees.

IN WITNESS WHEREOF, the parties hereto, intending to be bound, have stipulated and agreed to the foregoing.

Dated: May 3, 2007

| | |
|---|---|
| /s/<br>JEFFREY A. TAYLOR, # 498610<br>United States Attorney<br><br>/s/<br>WILLIAM R. COWDEN # 426301<br>Assistant United States Attorney | /s/<br>J.MICHAEL HANNON, # 352526<br>CHARLES I. CATE, # 969360<br>1901 18th Street N.W.<br>Washington, DC  20007<br>(202) 232-1907<br>*Counsel for Claimants* |

/s/
DIANE G. LUCAS,  # 443610
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 514-7912
*Counsel for Plaintiff*